# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU ALAN CORNISH, | ) NO. ED CV 13-01302-VBF-MRW |
| Petitioner, | ) |
| v. | ) RULE 58 JUDGMENT |
| P.D. BRAZLETON (WARDEN), | ) |
| Respondent. | ) |

Pursuant to the Court's Opinion and Order issued this same date, final judgment is hereby entered in favor of respondent P.D. Brazleton (Warden) and against petitioner Beau Alan Cornish.

DATED:     April 15, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE